UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID POIRIER,<br><br>Defendant | Criminal No.<br><br>Violations:<br><br>Count One: Theft of Firearms from a Licensed Firearms Dealer<br>(18 U.S.C. § 924(m))<br><br>Count Two: Possession, Sale or Disposal of Stolen Firearms<br>(18 U.S.C. § 922(j))<br><br>Forfeiture Allegation:<br>(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)) |

INFORMATION

COUNT ONE
Theft of Firearms from Licensed Firearms Dealer
(18 U.S.C. § 924(m))

The United States Attorney charges:

Between on or about June 18, 2020 and June 23, 2020, in Agawam, Holyoke and elsewhere in the District of Massachusetts, the defendant,

DAVID POIRIER,

did steal firearms from a licensed firearms importer, manufacturer, dealer, and collector of firearms under the provisions of Chapter 44 of Title 18, United States Code, to wit:

a. STI Edge 40 caliber pistol, 1911, bearing serial number CM8551; and

b. Glock 34 9mm pistol, bearing serial number GYF032.

All in violation of Title 18, United States Code, Section 924(m).

COUNT TWO
Possession, Sale or Disposal of Stolen Firearms
(18 U.S.C. §§ 922(j) and 924(a)(2))

The United States Attorney further charges:

Between on or about June 18, 2020 and June 23, 2020, in Agawam, Holyoke and elsewhere in the District of Massachusetts, the defendant,

DAVID POIRIER,

did knowingly receive, possess, conceal, store, barter, sell, and dispose of, one and more stolen firearms, to wit:   (1) STI Edge 40 caliber pistol, 1911, bearing serial number CM8551; and (2) Glock 34 9mm pistol, bearing serial number GYF032, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe that one and more of the firearms was stolen.

All in violation of Title 18, United States Code, Sections 922(j) and 924(a)(2).

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

1. Upon conviction of one or more of the offenses in violation of Title 18, United States Code, Sections 924(m) or 922(j), as set forth in Counts One and Two, the defendant,

DAVID POIRIER,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offenses.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By: /s/ Michelle L. Dineen Jerrett
MICHELLE L. DINEEN JERRETT
Assistant United States Attorney

Dated: September 29, 2020